United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET MENIFEE,<br>Plaintiff,<br>v.<br>COLL FAMILY BUILDING, LLC, et al.,<br>Defendants. | Case No. 26-cv-06152-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 13 |

Plaintiff filed a notice of settlement on November 3, 2026, stating that they have reached a complete settlement of this action. (Dkt. No. 13.) In light of the notice of settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however, that if any party hereto shall certify to this Court within one hundred and twenty days, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of one hundred and twenty days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: November 3, 2026



SALLIE KIM
United States Magistrate Judge